UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-30245 |
| | ) | |
| Deborah Lynn Garza | ) | Chapter 7 |
| Noe Garza | ) | |
| | ) | Judge John P. Gustafson |
| Debtors. | ) | |
| | ) | U.S. BANK NATIONAL ASSOCIATION'S RELIEF FROM STAY AND ABANDONMENT WORKSHEET |

I. LOAN DATA

    A. IDENTIFICATION OF COLLATERAL (check all that apply):

        X    Real Estate: 2850 Manley Road, Maumee, OH 43537
            ☐ Principal Residence of Debtor(s)
            ☐ Other

        ☐ Personal Property <- DESCRIPTION (Include ID or VIN number, as applicable)>

        ☐ Other Property <- DESCRIPTION>

    B. **2016** VALUE OF COLLATERAL: $223,700.00

    C. SOURCE OF COLLATERAL VALUATION: Lucas County Auditor

    D. ORIGINAL LENDER: First Mortgage Consultants, LLC

    E. ENTITY ENTITLED TO ENFORCE THE NOTE: U.S. Bank National Association

    F. CURRENT LOAN SERVICER: U.S. Bank National Association

    G. DATE OF LOAN: 09/20/2006

    H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: $200,000.00

    I. ORIGINAL INTEREST RATE ON NOTE: 6.500%

J. CURRENT INTEREST RATE: 6.500%

K. ORIGINAL MONTHLY PAYMENT AMOUNT
(principal and interest only for mortgage loans): $1,264.14

L. CURRENT MONTHLY PAYMENT AMOUNT: $1,891.56

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

☐ Includes an escrow amount of $<AMOUNT> for real estate taxes.
☐ Includes an escrow amount of $<AMOUNT> for property insurance.
X  Includes an escrow amount of $627.42 for taxes and insurance.
☐ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: 12/05/2013

O. AMOUNT OF LAST PAYMENT RECEIVED: $1,857.70

P. AMOUNT HELD IN SUSPENSE ACCOUNT: $0.00

Q. NUMBER OF PAYMENTS PAST DUE: 28

II. AMOUNT ALLEGED TO BE DUE AS OF **February 10, 2016**

|   | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|---|---|---|---|---|
| A. | PRINCIPAL | $180,729.88 | | |
| B. | INTEREST | $27,700.26 | | |
| C. | TAXES (**Escrow Advance: Includes Taxes & Insurance**) | $16,438.75 | | |
| D. | INSURANCE (**MIP**) | $0.00 | | |
| E. | LATE FEES | $0.00 | N/A | N/A |
| F. | NON-SUFFICIENT FUNDS FEES | $0.00 | N/A | N/A |
| G. | PAY-BY-PHONE FEES | $0.00 | N/A | N/A |

| H. | BROKER PRICE OPINIONS | $0.00 | N/A | N/A |
|---|---|---|---|---|
| I. | FORCE-PLACED INSURANCE | $0.00 | N/A | N/A |
| J. | PROPERTY INSPECTIONS | $0.00 | N/A | N/A |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $0.00 | N/A | N/A |

TOTAL DEBT: $224,868.89

LESS AMOUNT HELD IN SUSPENSE: $0.00

TOTAL DUE AS OF **February 10, 2016** : $224,868.89 *
\* This total cannot be relied upon as a payoff quotation.

This Worksheet was prepared by:

LAURITO & LAURITO, L.L.C.

/s/ Nicholas E. O'Bryan                          02/12/2016
Nicholas E. O'Bryan (0082711)                    DATE
Attorney for Movant
7550 Paragon Road
Dayton, OH 45459
Telephone (937) 743-4878
Fax         (937) 743-4877
no'bryan@lauritolaw.com