# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Period Ending:** 09/30/18

**Trustee:** (550590) Ericka S. Parker
**Filed (f) or Converted (c):** 02/04/16 (f)
**§341(a) Meeting Date:** 03/31/16
**Claims Bar Date:** 08/05/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2850 Manley Rd., Mamee OH 43537, Lucas<br>Single-fa | 220,700.00 | 0.00 | | 0.00 | FA |
| 2 | 2660 Fremont, Toledo OH 43605, Lucas<br>Investment | 26,700.00 | 0.00 | | 4,024.80 | 3,475.20 |
| 3 | 2659 Norwalk St., Toledo OH 43605, Lucas<br>Single- | 63,900.00 | 1.00 | | 7,556.20 | 100.37 |
| 4 | Deposits of money - : directions credit union | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money - : directions credit union | 25.00 | 0.00 | | 0.00 | FA |
| 6 | miscellaneous household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | laptop | 400.00 | 0.00 | | 0.00 | FA |
| 8 | mens & womenes clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | walmart-conpushare(profit sharing) | 3,600.07 | 0.00 | | 0.00 | FA |
| 10 | Ford<br>F250<br>1997<br>200000+. Entire property value: | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | 15 taxes (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Possible Preference (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Walmart Stock 401(k) | 23,086.95 | 0.00 | | 0.00 | FA |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$342,812.02** | **$1.00** | | **$11,581.00** | **$3,575.57** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Period Ending:** 09/30/18

**Trustee:** (550590) Ericka S. Parker
**Filed (f) or Converted (c):** 02/04/16 (f)
**§341(a) Meeting Date:** 03/31/16
**Claims Bar Date:** 08/05/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

08/07/18 still paying $200/mo to keep RE. esp 01/12/18 debtor paying on time monthly dnp 09/06/17 Debtor paying on time monthly dnp 5/30/17 recd IRS check for 1981 08/18/16 gave number to atty: claims 14k 2k admin = $16.050 will pay all in full. esp 0 CBD 8/5/16 GBD 8/5/16

**Initial Projected Date Of Final Report (TFR):** April 27, 2017 **Current Projected Date Of Final Report (TFR):** July 27, 2019

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/19/16 | | GARZA, NOE | Acct #16-30245; Payment #0. compromise Redeem RE | | | 5,000.00 | | 5,000.00 |
| | {2} | | Acct #16-30245; Payment #0 | 734.30 | 1110-000 | | | 5,000.00 |
| | {3} | | Acct #16-30245; Payment #0 | 4,265.70 | 1110-000 | | | 5,000.00 |
| 10/31/16 | | GARZA, DEBORAH LYNN & NOE | Acct #16-30245; Payment #1. compromise Redeem RE | | | 200.00 | | 5,200.00 |
| | {2} | | Acct #16-30245; Payment #1 | 100.00 | 1110-000 | | | 5,200.00 |
| | {3} | | Acct #16-30245; Payment #1 | 100.00 | 1110-000 | | | 5,200.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,190.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,180.00 |
| 12/02/16 | | GARZA, DEBORAH LYNN & NOE | Acct #16-30245; Payment #2. compromise Redeem RE | | | 200.00 | | 5,380.00 |
| | {2} | | Acct #16-30245; Payment #2 | 100.00 | 1110-000 | | | 5,380.00 |
| | {3} | | Acct #16-30245; Payment #2 | 100.00 | 1110-000 | | | 5,380.00 |
| 12/16/16 | 101 | Insurance Partners Agency, Inc | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/16/2016 FOR CASE #16-30245, Bond Insurance Payment | | 2300-000 | | 3.12 | 5,376.88 |
| 12/30/16 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #3. compromise Redeem RE | | | 200.00 | | 5,576.88 |
| | {2} | | Acct #16-30245; Payment #3 | 100.00 | 1110-000 | | | 5,576.88 |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 5,576.88 |
| | | | | | **Subtotals :** | **$5,600.00** | **$23.12** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Payment #3 | | | | |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,566.88 |
| 01/30/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #4. compromise Redeem RE | | 200.00 | | 5,766.88 |
| | {2} | | Acct #16-30245; Payment #4 100.00 | 1110-000 | | | 5,766.88 |
| | {3} | | Acct #16-30245; Payment #4 100.00 | 1110-000 | | | 5,766.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,756.88 |
| 02/27/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #5. compromise Redeem RE | | 200.00 | | 5,956.88 |
| | {2} | | Acct #16-30245; Payment #5 100.00 | 1110-000 | | | 5,956.88 |
| | {3} | | Acct #16-30245; Payment #5 100.00 | 1110-000 | | | 5,956.88 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,946.88 |
| 03/28/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | 200.00 | | 6,146.88 |
| | {2} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 6,146.88 |
| | {3} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 6,146.88 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,136.88 |
| 04/28/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6.compromise Redeem RE | | 200.00 | | 6,336.88 |
| | {2} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 6,336.88 |
| | | | **Subtotals :** | | **$800.00** | **$40.00** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 6,336.88 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,326.88 |
| 05/01/17 | 102 | Wilson Auction & Realty Co. | appraiser for trustee fees | | 3711-000 | | 600.00 | 5,726.88 |
| 05/30/17 | | IRS | Acct #16-30245; Payment #6. redeeming RE pusuant to order to comp | | | 1,981.00 | | 7,707.88 |
| | {2} | | Acct #16-30245; Payment #6 | 990.50 | 1110-000 | | | 7,707.88 |
| | {3} | | Acct #16-30245; Payment #6 | 990.50 | 1110-000 | | | 7,707.88 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,697.88 |
| 06/01/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | | 200.00 | | 7,897.88 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 7,897.88 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 7,897.88 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.33 | 7,886.55 |
| 07/05/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6.compromise Redeem RE | | | 200.00 | | 8,086.55 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 8,086.55 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 8,086.55 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.18 | 8,075.37 |
| 08/01/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | | 200.00 | | 8,275.37 |
| | | | | | **Subtotals :** | **$2,581.00** | **$642.51** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {2} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 8,275.37 |
| | {3} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 8,275.37 |
| 08/30/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | 200.00 | | 8,475.37 |
| | {2} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 8,475.37 |
| | {3} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 8,475.37 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.05 | 8,462.32 |
| 09/26/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6.compromise Redeem RE | | 200.00 | | 8,662.32 |
| | {2} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 8,662.32 |
| | {3} | | Acct #16-30245; Payment #6 100.00 | 1110-000 | | | 8,662.32 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.77 | 8,650.55 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.27 | 8,637.28 |
| 11/02/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; compromise Redeem RE | | 200.00 | | 8,837.28 |
| | {2} | | Acct #16-30245; Payment #6; ACCOUNTS RECEIVABLE 100.00 | 1110-000 | | | 8,837.28 |
| | {3} | | Acct #16-30245; Payment #6; ACCOUNTS 100.00 | 1110-000 | | | 8,837.28 |
| | | | | **Subtotals :** | **$600.00** | **$38.09** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | RECEIVABLE | | | | | |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.65 | 8,824.63 |
| 12/05/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | | 200.00 | | 9,024.63 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,024.63 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,024.63 |
| 12/29/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | | 200.00 | | 9,224.63 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,224.63 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,224.63 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.48 | 9,212.15 |
| 01/31/18 | | Deborah Garza | Acct #16-30245; Payment #6-compromise Redeem RE | | | 200.00 | | 9,412.15 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,412.15 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,412.15 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.53 | 9,397.62 |
| 02/28/18 | | Noe & Deb Garza | Acct #16-30245; Payment #6.compromise Redeem RE | | | 200.00 | | 9,597.62 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,597.62 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,597.62 |
| | | | | | **Subtotals :** | **$800.00** | **$39.66** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.60 | 9,585.02 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.77 | 9,571.25 |
| 04/02/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 compromise Redeem RE | | | 200.00 | | 9,771.25 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,771.25 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,771.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.51 | 9,757.74 |
| 05/03/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 Redeem Re | | | 200.00 | | 9,957.74 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,957.74 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 9,957.74 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.66 | 9,942.08 |
| 06/06/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 redeem Re | | | 200.00 | | 10,142.08 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 10,142.08 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 10,142.08 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.02 | 10,128.06 |
| 07/06/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 Real estate | | | 200.00 | | 10,328.06 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 10,328.06 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 10,328.06 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.73 | 10,312.33 |
| | | | | | **Subtotals :** | **$800.00** | **$85.29** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/07/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 real estate redemption | | | 200.00 | | 10,512.33 |
| | {2} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 10,512.33 |
| | {3} | | Acct #16-30245; Payment #6 | 100.00 | 1110-000 | | | 10,512.33 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.54 | 10,496.79 |
| 09/10/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 redeem house | | | 200.00 | | 10,696.79 |
| | {2} | | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 redeem house | 100.00 | 1110-000 | | | 10,696.79 |
| | {3} | | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 redeem house | 100.00 | 1110-000 | | | 10,696.79 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 8.13 | 10,688.66 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **11,581.00** | **892.34** | **$10,688.66** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **11,581.00** | **892.34** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,581.00** | **$892.34** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245 JPG
**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE
**Taxpayer ID #:** **-***8449
**Period Ending:** 09/30/18

**Trustee:** Ericka S. Parker (550590)
**Bank Name:** Rabobank, N.A.
**Account:** ******6666 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 11,581.00 |
| Net Estate : | $11,581.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6666** | **11,581.00** | **892.34** | **10,688.66** |
| | **$11,581.00** | **$892.34** | **$10,688.66** |