# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: GARZA, DEBORAH LYNN | § | Case No. 16-30245-JPG |
| GARZA, NOE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 04, 2016. The undersigned trustee was appointed on February 04, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          17,374.00

| | |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 607.68 |
| Bank service fees | 377.59 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 16,388.73 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 08/05/2016 and the deadline for filing governmental claims was 08/05/2016.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,487.40.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,487.40, for a total compensation of $2,487.40.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $73.32, for total expenses of $73.32.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2019          By:/s/Ericka S. Parker
                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-30245-JPG | **Trustee:** (550590) Ericka S. Parker |
| **Case Name:** GARZA, DEBORAH LYNN | **Filed (f) or Converted (c):** 02/04/16 (f) |
| GARZA, NOE | **§341(a) Meeting Date:** 03/31/16 |
| **Period Ending:** 07/19/19 | **Claims Bar Date:** 08/05/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2850 Manley Rd., Mamee OH 43537, Lucas Single-fa | 220,700.00 | 0.00 | | 660.00 | FA |
| 2 | 2660 Fremont, Toledo OH 43605, Lucas Investment | 26,700.00 | 0.00 | | 6,471.73 | FA |
| 3 | 2659 Norwalk St., Toledo OH 43605, Lucas Single- | 63,900.00 | 1.00 | | 10,242.27 | FA |
| 4 | Deposits of money - : directions credit union | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money - : directions credit union | 25.00 | 0.00 | | 0.00 | FA |
| 6 | miscellaneous household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | laptop | 400.00 | 0.00 | | 0.00 | FA |
| 8 | mens & womenes clothing | 200.00 | 0.00 | | 0.00 | FA |
| 9 | walmart-conpushare(profit sharing) | 3,600.07 | 0.00 | | 0.00 | FA |
| 10 | Ford<br>F250<br>1997<br>200000+. Entire property value: | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | 15 taxes  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Possible Preference  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Walmart Stock 401(k) | 23,086.95 | 0.00 | | 0.00 | FA |
| **13** | **Assets    Totals (Excluding unknown values)** | **$342,812.02** | **$1.00** | | **$17,374.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/10/19 file amended tfr 06/25/19 tfr filed

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | April 27, 2017 | **Current Projected Date Of Final Report (TFR):** | June 25, 2019  (Actual) |

16-30245-jpg    Doc 88    FILED 07/24/19    ENTERED 07/24/19 15:10:38    Page 3 of 16

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-30245-JPG |
| **Case Name:** | GARZA, DEBORAH LYNN |
| | GARZA, NOE |
| **Taxpayer ID #:** | **-***8449 |
| **Period Ending:** | 07/19/19 |

| | |
|---|---|
| **Trustee:** | Ericka S. Parker (550590) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6666 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/16 | | GARZA, NOE | Acct #16-30245; Payment #0. compromise Redeem RE | | 5,000.00 | | 5,000.00 |
| | {2} | | Acct #16-30245;                734.30<br>Payment #0 | 1110-000 | | | 5,000.00 |
| | {3} | | Acct #16-30245;            4,265.70<br>Payment #0 | 1110-000 | | | 5,000.00 |
| 10/31/16 | | GARZA, DEBORAH LYNN & NOE | Acct #16-30245; Payment #1. compromise Redeem RE | | 200.00 | | 5,200.00 |
| | {2} | | Acct #16-30245;                100.00<br>Payment #1 | 1110-000 | | | 5,200.00 |
| | {3} | | Acct #16-30245;                100.00<br>Payment #1 | 1110-000 | | | 5,200.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,190.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,180.00 |
| 12/02/16 | | GARZA, DEBORAH LYNN & NOE | Acct #16-30245; Payment #2. compromise Redeem RE | | 200.00 | | 5,380.00 |
| | {2} | | Acct #16-30245;                100.00<br>Payment #2 | 1110-000 | | | 5,380.00 |
| | {3} | | Acct #16-30245;                100.00<br>Payment #2 | 1110-000 | | | 5,380.00 |
| 12/16/16 | 101 | Insurance Partners Agency, Inc | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/16/2016 FOR CASE #16-30245, Bond Insurance Payment | 2300-000 | | 3.12 | 5,376.88 |
| 12/30/16 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #3. compromise Redeem RE | | 200.00 | | 5,576.88 |
| | {2} | | Acct #16-30245;                100.00<br>Payment #3 | 1110-000 | | | 5,576.88 |
| | {3} | | Acct #16-30245;                100.00<br>Payment #3 | 1110-000 | | | 5,576.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,566.88 |
| 01/30/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #4. compromise Redeem RE | | 200.00 | | 5,766.88 |
| | {2} | | Acct #16-30245;                100.00<br>Payment #4 | 1110-000 | | | 5,766.88 |
| | {3} | | Acct #16-30245;                100.00<br>Payment #4 | 1110-000 | | | 5,766.88 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,756.88 |
| 02/27/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #5. compromise | | 200.00 | | 5,956.88 |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245-JPG

**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE

**Taxpayer ID #:** **-***8449

**Period Ending:** 07/19/19

**Trustee:** Ericka S. Parker (550590)

**Bank Name:** Rabobank, N.A.

**Account:** ******6666 - Checking Account

**Blanket Bond:** $2,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Redeem RE | | | | | |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 5,956.88 |
| | | | Payment #5 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 5,956.88 |
| | | | Payment #5 | | | | | |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,946.88 |
| 03/28/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise | | | 200.00 | | 6,146.88 |
| | | | Redeem RE | | | | | |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 6,146.88 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 6,146.88 |
| | | | Payment #6 | | | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,136.88 |
| 04/28/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6.compromise | | | 200.00 | | 6,336.88 |
| | | | Redeem RE | | | | | |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 6,336.88 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 6,336.88 |
| | | | Payment #6 | | | | | |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,326.88 |
| 05/01/17 | 102 | Wilson Auction & Realty Co. | appraiser for trustee fees | | 3711-000 | | 600.00 | 5,726.88 |
| 05/30/17 | | IRS | Acct #16-30245; Payment #6. redeeming RE | | | 1,981.00 | | 7,707.88 |
| | | | pusuant to order to comp | | | | | |
| | {2} | | Acct #16-30245; | 990.50 | 1110-000 | | | 7,707.88 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 990.50 | 1110-000 | | | 7,707.88 |
| | | | Payment #6 | | | | | |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 7,697.88 |
| 06/01/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise | | | 200.00 | | 7,897.88 |
| | | | Redeem RE | | | | | |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 7,897.88 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 7,897.88 |
| | | | Payment #6 | | | | | |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.33 | 7,886.55 |
| 07/05/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6.compromise | | | 200.00 | | 8,086.55 |
| | | | Redeem RE | | | | | |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,086.55 |

Subtotals : $2,781.00 $651.33

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245-JPG

**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE

**Taxpayer ID #:** **-***8449

**Period Ending:** 07/19/19

**Trustee:** Ericka S. Parker (550590)

**Bank Name:** Rabobank, N.A.

**Account:** ******6666 - Checking Account

**Blanket Bond:** $2,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,086.55 |
| | | | Payment #6 | | | | | |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.18 | 8,075.37 |
| 08/01/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise<br>Redeem RE | | | 200.00 | | 8,275.37 |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,275.37 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,275.37 |
| | | | Payment #6 | | | | | |
| 08/30/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise<br>Redeem RE | | | 200.00 | | 8,475.37 |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,475.37 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,475.37 |
| | | | Payment #6 | | | | | |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.05 | 8,462.32 |
| 09/26/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6.compromise<br>Redeem RE | | | 200.00 | | 8,662.32 |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,662.32 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 8,662.32 |
| | | | Payment #6 | | | | | |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.77 | 8,650.55 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.27 | 8,637.28 |
| 11/02/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; compromise<br>Redeem RE | | | 200.00 | | 8,837.28 |
| | {2} | | Acct #16-30245;<br>Payment #6;<br>ACCOUNTS<br>RECEIVABLE | 100.00 | 1110-000 | | | 8,837.28 |
| | {3} | | Acct #16-30245;<br>Payment #6;<br>ACCOUNTS<br>RECEIVABLE | 100.00 | 1110-000 | | | 8,837.28 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 12.65 | 8,824.63 |
| 12/05/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise<br>Redeem RE | | | 200.00 | | 9,024.63 |

Subtotals : $1,000.00 $61.92

{} Asset reference(s)

Printed: 07/19/2019 10:13 AM V.14.50

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-30245-JPG |
| **Case Name:** | GARZA, DEBORAH LYNN |
| | GARZA, NOE |
| **Taxpayer ID #:** | **-***8449 |
| **Period Ending:** | 07/19/19 |

| | |
|---|---|
| **Trustee:** | Ericka S. Parker (550590) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6666 - Checking Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {2} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,024.63 |
| | {3} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,024.63 |
| 12/29/17 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6. compromise Redeem RE | | 200.00 | | 9,224.63 |
| | {2} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,224.63 |
| | {3} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,224.63 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.48 | 9,212.15 |
| 01/31/18 | | Deborah Garza | Acct #16-30245; Payment #6-compromise Redeem RE | | 200.00 | | 9,412.15 |
| | {2} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,412.15 |
| | {3} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,412.15 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.53 | 9,397.62 |
| 02/28/18 | | Noe & Deb Garza | Acct #16-30245; Payment #6.compromise Redeem RE | | 200.00 | | 9,597.62 |
| | {2} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,597.62 |
| | {3} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,597.62 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.60 | 9,585.02 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.77 | 9,571.25 |
| 04/02/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 compromise Redeem RE | | 200.00 | | 9,771.25 |
| | {2} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,771.25 |
| | {3} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,771.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.51 | 9,757.74 |
| 05/03/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 Redeem Re | | 200.00 | | 9,957.74 |
| | {2} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,957.74 |
| | {3} | | Acct #16-30245; 100.00 Payment #6 | 1110-000 | | | 9,957.74 |

Subtotals : $1,000.00 $66.89

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245-JPG

**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE

**Taxpayer ID #:** **-***8449

**Period Ending:** 07/19/19

**Trustee:** Ericka S. Parker (550590)

**Bank Name:** Rabobank, N.A.

**Account:** ******6666 - Checking Account

**Blanket Bond:** $2,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.66 | 9,942.08 |
| 06/06/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 redeem Re | | | 200.00 | | 10,142.08 |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 10,142.08 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 10,142.08 |
| | | | Payment #6 | | | | | |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.02 | 10,128.06 |
| 07/06/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 Real estate | | | 200.00 | | 10,328.06 |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 10,328.06 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 10,328.06 |
| | | | Payment #6 | | | | | |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.73 | 10,312.33 |
| 08/07/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 real estate redemption | | | 200.00 | | 10,512.33 |
| | {2} | | Acct #16-30245; | 100.00 | 1110-000 | | | 10,512.33 |
| | | | Payment #6 | | | | | |
| | {3} | | Acct #16-30245; | 100.00 | 1110-000 | | | 10,512.33 |
| | | | Payment #6 | | | | | |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.54 | 10,496.79 |
| 09/10/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 redeem house | | | 200.00 | | 10,696.79 |
| | {2} | | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 redeem house | 100.00 | 1110-000 | | | 10,696.79 |
| | {3} | | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 redeem house | 100.00 | 1110-000 | | | 10,696.79 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 8.13 | 10,688.66 |
| 10/07/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 HOUSE PAYMENT | | | 200.00 | | 10,888.66 |
| | {2} | | Acct #16-30245; Payment #6; Acct #16-30245; Payment #6; Acct #16-30245; Payment #6 HOUSE | 99.63 | 1110-000 | | | 10,888.66 |

Subtotals : $1,000.00   $69.08

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245-JPG

**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE

**Taxpayer ID #:** **-***8449

**Period Ending:** 07/19/19

**Trustee:** Ericka S. Parker (550590)

**Bank Name:** Rabobank, N.A.

**Account:** ******6666 - Checking Account

**Blanket Bond:** $2,000,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | 5<br><br>T-Code | 6<br><br>Receipts<br>$ | 7<br><br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | PAYMENT | | | | | |
| | {3} | | Acct #16-30245;<br>Payment #6; Acct<br>#16-30245; Payment #6;<br>Acct #16-30245;<br>Payment #6 HOUSE<br>PAYMENT | 100.37 | 1110-000 | | | 10,888.66 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 9.78 | 10,878.88 |
| 11/09/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; Acct #16-30245;<br>Payment #6 redeem real estate | | | 200.00 | | 11,078.88 |
| | {2} | | Acct #16-30245;<br>Payment #6; Acct<br>#16-30245; Payment #6<br>redeem real estate | 98.31 | 1110-000 | | | 11,078.88 |
| | {3} | | Acct #16-30245;<br>Payment #6; Acct<br>#16-30245; Payment #6<br>redeem real estate | 101.69 | 1110-000 | | | 11,078.88 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 9.03 | 11,069.85 |
| 12/05/18 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6; Acct #16-30245;<br>Payment #6; Acct #16-30245; Payment #6<br>Real estate | | | 200.00 | | 11,269.85 |
| | {2} | | Acct #16-30245;<br>Payment #6; Acct<br>#16-30245; Payment #6;<br>Acct #16-30245;<br>Payment #6 Real estate | 98.31 | 1110-000 | | | 11,269.85 |
| | {3} | | Acct #16-30245;<br>Payment #6; Acct<br>#16-30245; Payment #6;<br>Acct #16-30245;<br>Payment #6 Real estate | 101.69 | 1110-000 | | | 11,269.85 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 8.91 | 11,260.94 |
| 01/03/19 | 103 | Insurance Partners Agency, Inc | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 01/03/2019 FOR CASE<br>#16-30245 | | 2300-000 | | 4.56 | 11,256.38 |
| 01/09/19 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 Real Estate | | | 200.00 | | 11,456.38 |
| | {2} | | Acct #16-30245;<br>Payment #6 | 97.66 | 1110-000 | | | 11,456.38 |

Subtotals : $600.00 $32.28

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-30245-JPG |
| **Case Name:** | GARZA, DEBORAH LYNN |
| | GARZA, NOE |
| **Taxpayer ID #:** | **-***8449 |
| **Period Ending:** | 07/19/19 |

| | |
|---|---|
| **Trustee:** | Ericka S. Parker (550590) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6666 - Checking Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {3} | | Acct #16-30245; 102.34 Payment #6 | 1110-000 | | | 11,456.38 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.27 | 11,446.11 |
| 02/11/19 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 house | | 200.00 | | 11,646.11 |
| | {2} | | Acct #16-30245; 97.01 Payment #6 | 1110-000 | | | 11,646.11 |
| | {3} | | Acct #16-30245; 102.99 Payment #6 | 1110-000 | | | 11,646.11 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.86 | 11,637.25 |
| 03/20/19 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 real estate redemption payment | | 200.00 | | 11,837.25 |
| | {2} | | Acct #16-30245; 96.37 Payment #6 | 1110-000 | | | 11,837.25 |
| | {3} | | Acct #16-30245; 103.63 Payment #6 | 1110-000 | | | 11,837.25 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 9.26 | 11,827.99 |
| 04/12/19 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 real estate | | 200.00 | | 12,027.99 |
| | {2} | | Acct #16-30245; 95.73 Payment #6 | 1110-000 | | | 12,027.99 |
| | {3} | | Acct #16-30245; 104.27 Payment #6 | 1110-000 | | | 12,027.99 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.44 | 12,017.55 |
| 05/07/19 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 real estate | | 200.00 | | 12,217.55 |
| | {2} | | Acct #16-30245; 95.10 Payment #6 | 1110-000 | | | 12,217.55 |
| | {3} | | Acct #16-30245; 104.90 Payment #6 | 1110-000 | | | 12,217.55 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 12,207.22 |
| 06/04/19 | | GARZA, DEBORAH LYNN | Acct #16-30245; Payment #6 real estate | | 3,533.00 | | 15,740.22 |
| | {2} | | Acct #16-30245; 859.20 Payment #6 | 1110-000 | | | 15,740.22 |
| | {3} | | Acct #16-30245; 959.80 Payment #6 | 1110-000 | | | 15,740.22 |
| | {2} | | Acct #16-30245; 809.61 Payment #0 | 1110-000 | | | 15,740.22 |
| | {3} | | Acct #16-30245; 904.39 Payment #0 | 1110-000 | | | 15,740.22 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.49 | 15,728.73 |

| | | | Subtotals : | | $4,333.00 | $60.65 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-30245-JPG

**Case Name:** GARZA, DEBORAH LYNN
GARZA, NOE

**Taxpayer ID #:** **-***8449

**Period Ending:** 07/19/19

**Trustee:** Ericka S. Parker (550590)

**Bank Name:** Rabobank, N.A.

**Account:** ******6666 - Checking Account

**Blanket Bond:** $2,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/19 | {1} | GARZA, DEBORAH LYNN | real estate/bank fees | 1110-000 | 660.00 | | 16,388.73 |
| | | | **ACCOUNT TOTALS** | | 17,374.00 | 985.27 | $16,388.73 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,374.00 | 985.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,374.00** | **$985.27** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6666** | 17,374.00 | 985.27 | 16,388.73 |
| | $17,374.00 | $985.27 | $16,388.73 |

# Claims Register Analysis - Exhibit C

## Case: 16-30245-JPG   GARZA, DEBORAH LYNN

Claims Bar Date:   08/05/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Ericka S. Parker<br>232 10th Street<br>Toledo, OH 43604<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>02/04/16 | | $73.32<br>$73.32 | $0.00 | $73.32 |
| | Ericka S. Parker<br>P.O. Box 262<br>Curtice, OH 43412<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>02/04/16 | | $2,487.40<br>$2,487.40 | $0.00 | $2,487.40 |
| 1 | City of Maumee Ambulance Division<br>PO Box 636979<br>Cincinnati, OH 45263<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/11/16 | xxxxx2365 | $732.00<br>$732.00 | $0.00 | $732.00 |
| 2 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/26/16 | xxxxx2317 | $1,703.79<br>$1,703.79 | $0.00 | $1,703.79 |
| 3 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/03/16 | | $3,076.44<br>$3,076.44 | $0.00 | $3,076.44 |
| 4 | American InfoSource LP as agent for<br>Promedica Health System,as assignee<br>of<br>FLOWER HOSPITAL,PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/09/16 | | $5,521.00<br>$5,521.00 | $0.00 | $5,521.00 |
| 5 | American InfoSource LP as agent for<br>Promedica Health System,as assignee<br>of<br>ST LUKES HOSPITAL,PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/09/16 | xxxxx9309 | $100.00<br>$100.00 | $0.00 | $100.00 |
| 6 | American InfoSource LP as agent for<br>Promedica Health System,as assignee<br>of<br>Bay Park Comm. Hospital,PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/09/16 | | $907.00<br>$907.00 | $0.00 | $907.00 |

# Claims Register Analysis - Exhibit C

## Case: 16-30245-JPG    GARZA, DEBORAH LYNN

Claims Bar Date:    08/05/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 08/04/16 | xxxxxx | $1,845.93 $1,845.93 | $0.00 | $1,845.93 |
| ADMIN | Wilson Auction & Realty Co. c/o Brent J. Wilson 825 N. Main Street Bryan,, OH 43506 <3711-00   Appraiser for Trustee Fees>,  200 | Admin Ch. 7 02/04/16 | | $600.00 $600.00 | $600.00 | $0.00 |

Case Total:    $600.00    $16,446.88

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-30245-JPG
Case Name: GARZA, DEBORAH LYNN
Trustee Name: Ericka S. Parker

| | | | Balance on hand: | $ | 16,388.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 16,388.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Ericka S. Parker | 2,487.40 | 0.00 | 2,487.40 |
| Trustee, Expenses - Ericka S. Parker | 73.32 | 0.00 | 73.32 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,560.72 |
| Remaining balance: | $ | 13,828.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 13,828.01 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 13,828.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 13,886.16 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 99.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | City of Maumee Ambulance Division | 732.00 | 0.00 | 728.93 |
| 2 | Cavalry SPV I, LLC | 1,703.79 | 0.00 | 1,696.66 |
| 3 | Quantum3 Group LLC as agent for | 3,076.44 | 0.00 | 3,063.56 |
| 4 | American InfoSource LP as agent for | 5,521.00 | 0.00 | 5,497.88 |
| 5 | American InfoSource LP as agent for | 100.00 | 0.00 | 99.58 |
| 6 | American InfoSource LP as agent for | 907.00 | 0.00 | 903.20 |
| 7 | Portfolio Recovery Associates, LLC | 1,845.93 | 0.00 | 1,838.20 |

Total to be paid for timely general unsecured claims:   $   13,828.01
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**